UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF AYELET ARNIN<br>By and through its representative,<br>Nimrod Arnin, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEMOCRATIC PEOPLE'S<br>REPUBLIC OF KOREA<br>Pyongyang, NORTH KOREA<br><br>　　　　Defendant.<br>-------------------------------------------------------- | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Civil Action: 1:24-cv-02093-RCL |

## **PLAINTIFFS' STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel and hereby provide the following status report to the Court:

1. On August 5, 2024 this Court entered a Status Report Minute Order requiring the Plaintiffs to file a Status Report with the Court every thirty days advising as to the status of service of the Complaint upon the Democratic People's Republic of Korea ("North Korea" or "Defendant").

2. Plaintiffs advise that since the filing of their November 4, 2024 Status Report, Plaintiffs requested the Clerk to issue new summons so that the Minister of Foreign Affairs for North Korea was personally identified for the required service pursuant to 28 U.S.C §1608 (a)(3) and/or (a)(4). On November 20, 2024 a new summon was issued. [D.E. 22]. The new Summon was then translated and on December 2, 2024, Plaintiffs filed an Affidavit Requesting Foreign Mailing [D.E. 23] so that service may be completed against Defendant in accordance with 28 U.S.C §1608 (a)(3) and/or (a)(4) as may be

1

required.

3. Plaintiffs' counsel is now attempting to achieve service of the Complaint and reissued Summon, as well as Notice of Suit, and translations thereof, upon the Defendant through the Clerk of Court via delivery services DHL, USPS, UPS and Federal Express pursuant to 28 U.S.C. § 1608(a)(3).

4. If service is not able to be achieved through the international carriers identified above within 30 days of the attempts, Plaintiffs will proceed to serve Defendant with service of process pursuant to 28 U.S.C. § 1608(a)(4).

5. Plaintiffs will continue to update the Court by monthly status reports as to service as required by the Court's Minute Order.

December 4, 2024                                        Respectfully Submitted,

*/s/ Tracy Reichman Kalik*
Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No. 4697132)

HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
(202) 463-1818
Telephone: 202.463.1818
Facsimile: 202.463.2999