# HEIDEMAN NUDELMAN KALIK, PC

5335 WISCONSIN AVENUE, NW
SUITE 440
WASHINGTON, DC 20015
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com



RECEIVED
Mail Room
FEB - 5 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

February 4, 2025

Clerk of the Court
United States District Court
  for the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

RE:   <u>Arnin, et al. v. Democratic Republic of Korea</u>
      1:24-cv-2093

Dear Clerk of Court:

As counsel to Plaintiffs in the above-captioned case, I respectfully request your assistance in serving a copy of the Complaint and other related documents, as well as translations thereof, upon the Democratic Republic of Korea ("Defendant") in this matter pursuant to 28 U.S.C. § 1608, specifically pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

Counsel to Plaintiffs attempted to serve the Complaint, related papers, and translations thereof, upon the Defendant via DHL, UPS, Federal Express and the United States Postal Service pursuant to 28 U.S.C. § 1608(a)(3). However, none of the aforementioned delivery services are currently shipping to North Korea where the Defendant is to be served. On January 3, 2025, Plaintiffs filed an Affidavit Requesting Foreign Mailing to proceed with service pursuant to 28 U.S.C. § 1608(a)(4).

28 U.S.C. § 1608(a)(4) directs that the Clerk of Court shall send the relevant documents and translations (in this case Farsi translations), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

Accordingly, Complaint and other related documents, as well as translations thereof in Korean, the official language of the Defendant is enclosed herein.

Please take the necessary steps to dispatch these materials to effect service on the Defendant pursuant to 28 U.S.C. § 1608(a)(4). It was recommended that we use the following address

when dispatching the above documents to the Overseas Citizen Services Office at the State Department:

    U.S. Department of State
    Overseas Citizen Services
    Attention: Jared Hess
    SA-17, 10th Floor
    2201 C Street, NW
    Washington, D.C 20520

In addition, I enclose a cover letter to the Department of State requesting foreign mailing and a certified check to be delivered to the Department of State for fees for diplomatic service. Should you have any questions regarding this request, please contact me at (202) 463-8018.

Thank you for your assistance with this matter.

Sincerely,

HEIDEMAN NUDELMAN & KALIK, P.C.

By: _____
    Tracy Reichman Kalik

Enclosures

# HEIDEMAN NUDELMAN & KALIK, PC

5335 WISCONSIN AVENUE, NW
SUITE 440
WASHINGTON, DC 20015
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

**BY FEDERAL EXPRESS**

February 4, 2025

Jared Hess
United States Department of State
Attorney Adviser, Overseas Citizens Services
Office of Legal Affairs
2201 C Street, NW. SA-17, 10th Floor
Washington, D.C 20520



RE:   Arnin, et al. v. Democratic Republic of Korea
      1:24-cv-2093

Dear Mr. Hess:

    Per the provisions in 28 U.S.C. § 1608(a)(4), we are requesting diplomatic service by the State Department of the enclosed documents on the Democratic Republic of Korea ("Defendant").

    Service under §1608(a)(4) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Defendant, and the Defendants does not accept service through its Ministry of Foreign Affairs. *See* 28 U.S.C. §1608 (a)(1), (a)(2) and (a)(3).

    Enclosed are two copies of the Complaint, Summons and Notice of Suit as well as the appropriate translations in the language of the Defendant. In addition, you will find a certified check in the amount of $2,275 made payable to the U.S. State Department from our firm which may be used as the service fees in this matter.

    If you have any questions, please feel free call me at the phone number listed above.

Sincerely,

*Tracy Reichman Kalik*

Tracy Reichman Kalik

Enclosures

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA· INDIANA· KENTUCKY· MARYLAND· MISSOURI· NEW JERSEY· NEW YORK· WYOMING