UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF AYELET ARNIN<br>By and through its representative,<br>Nimrod Arnin, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEMOCRATIC PEOPLE'S<br>REPUBLIC OF KOREA<br>Pyongyang, NORTH KOREA<br><br>　　　　Defendant. | Civil Action: 1:24-cv-02093-RCL |

## **PLAINTIFFS' STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel and hereby provide the following status report to the Court:

1. On August 5, 2024 this Court entered a Status Report Minute Order requiring the Plaintiffs to file a Status Report with the Court every thirty days advising as to the status of service of the Complaint upon the Democratic People's Republic of Korea ("North Korea" or "Defendant").

2. As service pursuant to 28 U.S.C. 1608(a)(3) could not be completed upon the Defendant, Plaintiffs advise that since the filing of their January 6, 2025 Status Report, the Clerk of Court has dispatched the service packet to the United States Department of State so that diplomatic service may be achieved on Defendant pursuant to 28 U.S.C. § 1608(a)(4). (D.E. 27)

3. Plaintiffs will continue to update the Court by monthly status reports as to service as required by the Court's Minute Order.

February 6, 2024                                  Respectfully Submitted,

*/s/ Tracy Reichman Kalik*
Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No. 4697132)

HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
(202) 463-1818
Telephone: 202.463.1818
Facsimile: 202.463.2999